AO 106 (Rev. 06/09) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

FILED
2018 JUL 10 P 1:53
U.S. DISTRICT COURT
NEW HAVEN, CT.

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
86 Pleasant Valley Road, Mansfield Center, Connecticut

)
)
)  Case No.
)
)  3:18 MJ 1103-KMS
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

86 Pleasant Valley Road, Storrs Mansfield, CT is single family ranch which is tan in color with white trim and brown shutters. The number 86 is affixed to the right side of the front door just below outside light. Subject Premises #1 includes the home as well as the curtilage of the home including under the ground.

located in the _____ District of ___Connecticut___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B of Affidavit of DEA TFO Eric Myshrall

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with the intent to distribute, and distribution of, cocaine; money laundering |
| 18 U.S.C. § 1956 | |

The application is based on these facts:
See Attachment B of Affidavit of DEA TFO Eric Myshrall

- ☑ Continued on the attached sheet.
- ☑ Delayed notice of __15__ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Eric Myshrall, Task Force Officer, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/09/2018

/s/ Robert M. Spector
*Judge's signature*

City and state: New Haven, Connecticut

Hon. Robert M. Spector U.S. Magistrate Judge
*Printed name and title*