# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>A white Toyota 4-Runner bearing CT registration AL90831, registered to Carlos DELGADO at 320 Tobacco Street, Lebanon, CT, with vehicle identification number JTEBU5JR4D5145750 | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No.<br><br>3:18MJ1103-KMS |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of __Connecticut__
*(identify the person or describe the property to be searched and give its location)*:
**A white Toyota 4-Runner bearing CT registration AL90831, registered to Carlos DELGADO at 320 Tobacco Street, Lebanon, CT, with vehicle identification number JTEBU5JR4D5145750**

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment D of Affidavit of DEA TFO Eric Myshrall

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before    __July 23, 2018__
                                                                                                                *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
__Robert M. Spector__ .
      *(name)*

☒ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☒ for __15__ days *(not to exceed 30)*.
                                                   ☐ until, the facts justifying, the later specific date of _____

Date and time issued: __7/9/18 @ 4:05 p.m.__        /s/ Robert M. Spector
                                                                                           *Judge's signature*

City and state:    __New Haven, CT__                         __Hon. Robert M. Spector, U.S. Magistrate Judge__
                                                                                                        *Printed name and title*