UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO: 3:18-CR-165 |
| | : | |
| v. | : | |
| | : | |
| CARLOS DELGADO | : | November 19, 2019 |

## MOTION TO SUPPRESS

COMES NOW, the defendant, CArlos Delgado, moves this Court pursuant to Fourth Amendment of the United States Constitution to prevent the Government from introducing at trial all of the evidence seized by Investigative agents during the search of 86 Pleasant Valley RD., Mansfield, CT.

1.  The defenant argues the search warrant was not based on probable cause. Specifically, he notes the information the DEA agents obtained that led to their search warrant application contained no statements or affidavit to corroborate the conclusory allegation that the defendant possessed 1 Kilogram of cocaine, or much less met up with CS#2 to receive parcels of narcottics through the United States Postal Service (USPS) as outlined in the affiant's affidavit. A paragraph was misleadingly incorporated simply to bolster the affidavit by stating a second warrant applied for. However, this paragraph offers no reasonable explanation as to a nexus with defendant.

2.  Further, the magistrate judge who reviewed the warrant application was not given any information regarding the reliability of the informant providing the information but more importantly the affiant leaves out any viable explanation as to the accusations of when and where the defendant possessed narcotics. Or who in fact took receipt of the parcel.

Background

3.      The record reveals the following undisputed facts and procedural history that on or about June 21, 2018, Postal Inspector Investigator Doyle Of the U.S. Postal Inspector division was alerted by Postal Inspector Investigator Hector J. Martinez of the Newark, NJ. Division--PMN Seizure Report #264 33332, to USPS Priority Mail Parcel label# 9505 5103 3621 8171 2762 57, mailed on June 20.2018, from Guaynabo, P.R. 00969. The parcel bore a USPS Priority Mail label with the following handwritten addressee information: "Ryan Pehowdy 2979 Main Street, Coventry, CT. 06238," and a return address of "Nicol Martinez, Porticos de Guaynabo, Edificio 4, Apt# 20, Guaynabo, P.R. 00969."

4.      On June 26, 2018, Inspector Doyle applied for and was granted a Search & Seizure warrant for the parcel by the Honorable Robert A. Richardson, United States Magistrate Judge, for the District of Connecticut. Inspector Doyle and DEA TFO Myshrall searched the parcel, at the DEA HRO, and located inside 1128.6, total weight with packaging, of a white powdery substance which field tested presumptively positive for cocaine.

5.      The U.S. Postal Inspection Service PMN Seizure Report indicates that the reasons listed in the Parcel Description section that gave rise to alert was the following: "DSA: Parcel mailed from a known drug source area** FMA: Frequently mailed parcels to the same addressee/address** FRA: Fictritious return address** FSN: Fictitious Sender's name** HNL: Same handwriting on numerous labels** RO: Rattling objects**

6.      The facts discern that the "parcel was identified via a nightly report. Furthermore, the facts also pinpoint that the parcel was then taken possession of and inspected by Windsor Locks, CT Police K-9 "Abby" and handler Officer Devanney." (See, U.S. Postal Inspection Service Boston Division Memp-

2

randum Activity Report) This report also founds similar particulars as the first report, by acknowleging that "on or about June 21, 2018, Inspector Doyle was alerted to: USPS Priority Mail parcel bearing label# 9505 5103 3621 8171 2762 57, mailed on June 20, 2018, from Guaynabo, P.R. 00969"

7. To this end, these reports unmistakably confirm Inspector Sean Doyle and TFO Eric Myshrall took receipt of the subject parcel and discovered it contained cocaine but the record of reports stops there. From at the time of the occurrence and days following the intercept, K-9 inspection and inventory of the subject parcel by Inspector Doyle and TFO Eric Myshrall, there are no other reports regarding the subject parcel.

8. On Monday, July 9, 2018 @ 4:05 P.M. Robert M. Spector made the determination based on the information enclosed in the affiant's supporting affidavit that the defendant violated the following Federal offenses: "Possession of 1 Kilogram of cocaine in violation of 21 U.S.C.§ 841(a)(1) and Money Laundering in violation of 18 U.S.C. § 1957."

9. On this same day, the defendant was arrested on West Main Street, Willimantic, CT.

10. The defendant further argues that contained in the U.S. Postal PMN Seizure Reports indicates that the information from the affiant that law enforcement took receipt of the parcel, but there is no evidence in the Seizure Report or the warrant application to suggest the defendant received a parcel either from the CS or an agent.

**Standard**

11. In reviewing a judge's determination of probable cause to issue a