UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL CASE NO. |
| v. | : 18-CR-165 |
| | : |
| CARLOS DELGADO, | : |
| Defendant. | : |

**VERDICT FORM**

I. **CONSPIRACY (COUNT ONE)**

1. As to the charge in Count One of conspiracy to distribute and to possess with intent to distribute cocaine, we the jury unanimously find the defendant CARLOS DELGADO:

   Not Guilty _____       Guilty ___✓___

   **If you answered "Not Guilty" to Question 1, you should skip to Question 3.
   If you answered "Guilty" to Question 1, please proceed to Question 2.**

2. As to CARLOS DELGADO, we the Jury unanimously find the following quantity of cocaine reasonably foreseeable to CARLOS DELGADO in the conspiracy charged in Count One:

   (a) 5 kilograms or more                             ___✓___
   (b) less than 5 kilograms but
        more than 500 grams                            _____
   (c) less than 500 grams                             _____

   **Proceed to Question 3.**

1

II. **POSSESSION WITH INTENT TO DISTRIBUTE (COUNT TWO)**

3. As to the charge in Count Two of possession with intent to distribute heroin, we the jury unanimously find the defendant CARLOS DELGADO:

    Not Guilty _____          Guilty __✓__

    **If you answered "Not Guilty" to Question 3, you should skip to Question 5.**
    **If you answered "Guilty" to Question 3, please proceed to Question 4.**

4. As to CARLOS DELGADO, we the Jury unanimously find that the following quantity of heroin was possessed by him with intent to distribute, in Count Two:

    (a) 1 kilogram or more                              __✓__
    (b) less than 1 kilogram but more than 100 grams    _____
    (c) less than 100 grams                             _____

    **Please proceed to Question 5.**

III. **POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME (COUNT FOUR)**

5. As to the charge in Count Four of possession of a firearm in furtherance of a drug trafficking crime, we the jury unanimously find the defendant CARLOS DELGADO:

    Not Guilty __✓__          Guilty _____

    **If you answered "Not Guilty" to Question 5, please proceed to Question 6.**

    **If you answered "Guilty" to Question 5, you should skip Questions 6 and 7 and have your foreperson sign and date the Verdict Form.**

## IV.  SPECIAL INTERROGATORIES

6. Did the defendant, CARLOS DELGADO, on or about July 9, 2018, knowingly possess a Smith & Wesson .380 caliber pistol, bearing serial number KBU6576?

   No _____          Yes ___✓___

**Please proceed to Question 7.**

7. Did the defendant, CARLOS DELGADO, on or about July 9, 2018, knowingly possess a Smith & Wesson .38 caliber revolver, bearing serial number 1K6113?

   No _____          Yes ___✓___

You have now completed the Verdict Form. Please have your foreperson sign and date below.

/S/ _____
FOREPERSON

Dated at New Haven, Connecticut on this 21st day of January 2020.