**MANDATE**

D. Conn.
18-cr-165
Hall, J.

United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of September, two thousand twenty.

Present:
    Robert D. Sack,
    Robert A. Katzmann,
    Richard C. Wesley,
        *Circuit Judges*.

United States of America,

        *Appellee*,

v.                                           19-3707 (L),
                                                20-1547 (Con)

Juan Torres-Fernandez, AKA Johnny, Luis Alamo,

        *Defendants*,

Carlos Delgado, AKA Los,

        *Defendant - Appellant*.

In the consolidated appeal, 20-1547, Appellant, pro se, appeals from the district court's detention order and moves for release on his own recognizance as well as expedited consideration of that motion and his appeal. The Government opposes the release motion. Upon due consideration, it is hereby ORDERED that Appellant's motions are DENIED and the appeal is DISMISSED. *See* 18 U.S.C. §§ 3143(a), 3145(c); *United States v. Abuhamra*, 389 F.3d 309, 315 (2d Cir. 2004); 28 U.S.C. § 1915(e)(2). The lead appeal, 19-3707, will remain in abeyance.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

MANDATE ISSUED ON 10/16/2020