UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO.: 3:18-CR-165(JCH) |
| v.   : | |
| : | |
| CARLOS DELGADO   : | |

PRELIMINARY ORDER OF FORFEITURE

The Defendant, Carlos Delgado, having been found guilty by jury of Counts One, Two, and Three of the Superseding Indictment and specifically, having been found guilty of participating in a conspiracy to distribute and to possess with the intent to distribute five kilograms or more of cocaine in violation of 21 U.S.C. § 841(a)(1) , guilty of possession with intent to distribute one or more of heroin in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(i), guilty of unlawful possession of a firearm by a convicted felon in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), and guilty of possession of a firearm in furtherance of a drug trafficking crime  in violation of 18 U.S.C. §§ 924(c)(1)(A) and 924(c)(2)(B).

Accordingly, it is hereby:

ORDERED, ADJUDGED AND DECREED that, pursuant to 21 U.S.C. § 853 all right, title and interest that the Defendant Carlos Delgado may have in the following items, seized from the Defendant on or about June 22, 2018, July 9, 2018, and July 13, 2018: an amount originally identified in the Second Superseding Indictment as $74,000.00 in United States currency but later inventoried and found to be $49,595.00 and $25,000.00 in United States currency; and an amount originally identified in the Second Superseding Indictment as $30,000.00 in United States currency but later inventoried and found to be $30,020.00 in United States currency, and which orders the Attorney General of the United States or his Authorized Designee to seize and

1

maintain custody of the forfeited property and dispose of it in accordance with the law. The defendant waives his right to $9,900.00 in United States currency, is hereby condemned and forfeited to the United States of America.

      IT IS FURTHER ORDERED that, pursuant to 21 U.S.C. § 853(g) and Fed. R. Crim. P. 32.2.(b)(3), the Attorney General of the United States or his authorized designee shall seize said property and conduct any discovery proper in identifying, locating or disposing of the property subject to forfeiture, and to commence proceedings that comply with any statues governing third-party rights.

      IT IS FURTHER ORDERED that, pursuant to 21 U.S.C. § 853(n), the United States shall publish notice of the forfeiture in a manner consistent with the provisions of Supplemental Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, which may include publication on the Government's forfeiture website on the internet. The United States shall also, to the extent practicable, provide written notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture of the property in the ancillary proceeding. The foregoing publication and written notice shall include notice of the government's intent to dispose of the property in accordance with the law, and notice that any person, other than the Defendant, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

      IT IS FURTHER ORDERED that, pursuant to Fed. R. Crim. P. 32.2(b)(3), this Preliminary Order of Forfeiture shall become final as to the Defendant at the time of sentencing and shall be made part of the sentence and included in the Judgment.

IT IS FURTHER ORDERED that, pursuant to Fed. R. Crim. P. 32.2(c)(2), upon adjudication of all third party interests, this Court will enter a Final Order of Forfeiture, and if no third party files a timely claim, this Order shall become the Final Order of Forfeiture.

SO ORDERED this 9th day of Oct, 2020 at New Haven, Connecticut

/s/Janet C. Hall
_____
JANET C. HALL
UNITED STATES DISTRICT JUDGE

Case 3:18-cr-00165-JCH Document 378 Filed 10/09/20 Page 3 of 3