Government Sentencing Exhibit D

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 12

| 1. Program Code | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: Michael J Schatz, SA  At: HARTFORD, CT RESIDENT OFFICE | ☐ ☐ ☐ ☐ | | 6. File Title | |
| 7. ☐ Closed ☐ Requested Action Completed  ☐ Action Requested By: | ☐ | | 8. Date Prepared  07-16-2018 | |

9. Other Officers: SA J.Hanson, TFO E. Myshrall, Det. J. John, Det. E.Dean, Det. R. Tatro Det. M. Suplicki, Lt. D.Glode, Tpr Charron, D. Prather and G. Farley (ATF)

10. Report Re: Acquisition of Ex's 2,3,4,5,6,7,8 N-4b N-5,N-5a,N-18-N-31 and N-35 on 7-9-18 during the execution of a federal SW at ▬▬▬▬▬ Road.

### SYNOPSIS

On July 9, 2018, following the arrest of Carlos DELGADO, law enforcement executed a federal search warrant of DELGADO's residence at ▬▬▬▬▬ ▬▬▬▬▬ Mansfield, Connecticut.  The following is a description of that warrant execution.

### DETAILS

1. On July 9, 2018, TFO Eric Myshrall applied for and received a search warrant for Carlos DELGADO's residence at ▬▬▬▬▬ Mansfield Center, Connecticut from the Honorable Magistrate Judge Robert Spector, District of Connecticut.
2. At approximately 7:15 p.m. law enforcement officers effectuated the federally authorized search warrant upon ▬▬▬▬▬ Mansfield Center, Connecticut, the known residence of Carlos DELGADO.
3. During the execution of the warrant the following items were seized:
   - A black backpack (N-18) which contained evidentiary exhibits 2,3 and 4.
   - Exhibit 2 was suspected heroin in various forms which was ultimately repackaged as Exhibits 5,6,7 and 8.
   - Exhibit 3 are electronic scales and test kits which contain residue
   - Exhibit 4 is packaging material

| 11. Distribution:  Division BOSTON, MA DIVISION OF  District  Other  SARI, DOe, NNDS | 12. Signature (Agent)  /s/ Michael J Schatz, SA | 13. Date  07-27-2018 |
|---|---|---|
| | 14. Approved (Name and Title)  /s/ Raymond Walczyk, Acting RAC | 15. Date  08-07-2018 |

DEA Form    - 6
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

001.

U.S. Department of Justice
Drug Enforcement Administration

| | **REPORT OF INVESTIGATION** <br> *(Continuation)* | | 1. File No ▮▮▮▮▮▮ | 2. G-DEP Identifier ▮▮▮▮▮ |
|---|---|---|---|---|
| | | | 3. File Title ▮▮▮▮▮▮ | |
| 4. <br> Page  2  of  12 | | | | |
| 5. Program Code | | | 6. Date Prepared <br> 07-16-2018 | |

- o  Exhibit 5 is compressed beige powder contained within several layers of packaging material, as well as a DEA SSEE M000256925 from its original packaging as Exhibit 2.
- o  Exhibit 6 are several plastic baggies each containing a beige powder which was initially part of Exhibit 2.
- o  Exhibit 7 is three knot tied plastic bags each containing a brownish compressed powder initially sealed within original Exhibit 2.
- o  Exhibit 8 numerous plastic baggies containing beige powder residue contained inside a black plastic bag which was initially part of Exhibit 2.
- o  Several firearms and rounds of ammunition (subsequently relinquished to ATF)
  - 19 - 223 rounds of ammunition
  - 38 - .380 round of ammunition
  - 50 - 9 mm rounds of ammunition
  - 20 - .223 rounds of ammunition
  - 24 - 9 mm rounds of ammunition
  - 2 - . 40 rounds of ammunition
  - 4 - .380 rounds of ammunition
  - 9 - .40 rounds of ammunition
  - 1 SW model SW40VE, 40 caliber pistol oblit serial number
  - 1 SW model M&P bodyguard .380 caliber pistol SN KBU6576
  - 1 Bear River Facsimile firearm, Serial number 16BD200634045
  - 6 Bear River cartridges
  - 1 SW model 15-3 revolver, .38 caliber, SN 1K16113
  - 1 AR-15 Style rifle, no markings
  - 1 SW Gun Box
- o  U.S. Currency (N-5) that was aggregated with Exhibit N-4 which was U.S. Currency seized from DELGADO's black Cadillac.
- o  Exhibit N-5a are photographs of Exhibit N-5
- o  Exhibit N-4a are photographs of Exhibit N-4, Exhibit N-4b are the SSEE bags which contained Exhibit N-4 and N-5.
- o  a money counter (Exhibit N-19)
- o  a notepad with various numbers written within the notepad (N-20)

DEA Form    - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

USACT000281

U.S. Department of Justice
Drug Enforcement Administration

| | 1. File No. ▮▮▮▮▮ | 2. G-DEP Identifier |
|---|---|---|
| **REPORT OF INVESTIGATION**<br>*(Continuation)* | 3. File Title<br>▮▮▮▮▮▮ | |
| 4.<br>Page  3  of  12 | | |
| 5. Program Code | 6. Date Prepared<br>07-16-2018 | |

  o  a USPS postal box (N-21) addressed to Ryan Pehowdy
  o  a USPS postal box (N-22) addressed to Frances B. Wojtin
   ▮ New Britain, CT
  o  a cellular telephone (N-23)
  o  Misc. paperwork with drug test info (N-24)
  o  Misc. receipts (N-25)
  o  Misc. paperwork (N-26)
  o  a UPSP postal box (N-28) bearing CT tracking number 9114-9014-
   9645-1553-2692-59.
  o  a USPS postal box (N-29) bearing CT tracking number 9505-5111-
   1471-7328-2827-15.
  o  four cellular telephones (N-30) (3) ZTE telephones and (1)
   Alcatel telephone.
  o  on HP Lap top (N-31)
  o  A spectrum – Charter communications bill (N-35) in the name of
   Luis TORRES.

## CUSTODY OF EVIDENCE

1. At approximately 7:19 p.m. Officer John of the Willimantic Police
   Department and Connecticut State Trooper Charron located Exhibit N-18
   in DELGADO's bedroom closet.  Upon further investigation it was
   identified that the black backpack contained Exhibits 2,3, and
   4.  Exhibit N-18 was subsequently seized by TFO Eric Myshrall.  TFO
   Myshrall subsequently secured Exhibit N-18 until the search of ▮
   ▮▮▮▮▮ Mansfield Center was completed.  Later that
   same evening, Exhibit N-18 was transported to the Willimantic Police
   Department where it was secured for the evening.  On July 10, 2018,
   TFO Myshrall transported Exhibit N-18 to the DEA Hartford Resident
   Office, where TFO Myshrall and SA Michael Schatz removed Exhibits
   2,3, and 4 from within Exhibit N-18 and placed Exhibit N-18 into a
   DEA Temporary Non-Drug Evidence Locker until which time Exhibit N-18
   was processed.  Meanwhile, Exhibits 2,3 and 4 were submitted to the
   HRO Drug Evidence Custodian for further processing.
2. On July 10, 2108, TFO Myshrall and SA Schatz processed Exhibits 2,
   3, and 4. During the processing of the Exhibits parts of Exhibit 2 was
   field tested by TFO Eric Myshrall as witnessed by SA Schatz and those
   parts which were tested produced a positive indication for the

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

USACT000282

U.S. Department of Justice
Drug Enforcement Administration

| **REPORT OF INVESTIGATION** *(Continuation)* | | 1. File No. ███ | | 2. G-DEP Identifier |
|---|---|---|---|---|
| | | 3. File Title ███ | | |
| 4. Page  4  of  12 | | | | |
| 5. Program Code | | 6. Date Prepared 07-16-2018 | | |

presence of heroin.  Exhibits 2, 3, and 4 were then relinquished to the HRO Drug Evidence custodian for safe keeping until Exhibits 2,3 and 4 could be submitted to NERL for further analysis. On July 11, 2018 Exhibits 2,3 and 4 were sent to the North East Regional Laboratory for further analysis.  On July 30, 2018, Exhibits 2,3 and 4 were returned to the HRO for repackaging.  On July 31, 2018 SA Michael Schatz as witnessed by TFO Matt Kowalczyk opened Exhibit 2 and broke down original Exhibit 2 into separate Exhibits.  Original Exhibit 2 is now comprised of Exhibits 5,6,7 and 8.  Once the exhibits were broken out they were processed and resubmitted to the North East Regional Laboratory on that same date.  It should be noted that original Exhibit 3 was just placed within a new DEA Evidence Bag (M000256899) and Exhibit 4 was untouched and just resubmitted.

3. On July 10, 2018, SA Schatz and TFO Myshrall removed Exhbit N-18 from the Temporary Non-Drug Locker (Locker 4) for processing.  Upon processing Exhibit N-18 as such, exhibit N-18 was returned to the Temporary Non-Drug Evidence locker (Locker 4) until which time exhibit N-18 was relinquished to the DEA Hartford Non-Drug Evidence Custodian for safe keeping via a DEA 7a.

4. At approximately 7:21 p.m. Officer Jonathon John and TFO Myshrall located a black garbage bag in DELGADO's bedroom closet at ███ ███ Mansfield Center.  Upon further investigation it was identified that the black bag contained numerous firearms and rounds of ammunition.  It should be noted that some of the firearms were loaded at the time of seizure.  Once the firearms were made safe, TFO Myshrall secured the firearms and ammunition until the search of ███ Mansfield Center was completed. Later that same evening, the firearms and ammunition were transported to the Willimantic Police Department by SA Michael Schatz.  Once at the Willimantic Police Department the firearms and ammunition were secured by SA Schatz and TFO Myshrall.

5. On July 10, 2018, TFO Myshrall transported the firearms and ammunition to the DEA Hartford Resident Office (HRO), where TFO Myshrall and SA Michael Schatz placed the Firearms and Ammunition into a DEA Temporary Non-Drug Evidence Lockers (Locker 3 and 6) until which time SA Schatz relinquished custody of the firearms and ammunition to SA's Dan Prather and Griffin Farley of the Bureau of

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

USACT000283

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| *(Continuation)* | 3. File Title | |
| 4.<br>Page 5 of 12 | | |
| 5. Program Code | 6. Date Prepared<br>07-16-2018 | |

Alcohol, Tobacco, Firearms and Explosives (ATF&E).  The following is
a list of the items relinquished to the ATF&E on July 11, 2018.
  o  19 - 223 rounds of ammunition
  o  38 - .380 round of ammunition
  o  50 - 9 mm rounds of ammunition
  o  20 - .223 rounds of ammunition
  o  24 - 9 mm rounds of ammunition
  o  2 - . 40 rounds of ammunition
  o  4 - .380 rounds of ammunition
  o  9 - .40 rounds of ammunition
  o  1 SW model SW40VE, 40 caliber pistol oblit serial number
  o  1 SW model M&P bodyguard .380 caliber pistol SN KBU6576
  o  1 Bear River Facsimile firearm, Serial number 16BD200634045
  o  6 Bear River cartridges
  o  1 SW model 15-3 revolver, .38 caliber, SN 1K16113
  o  1 AR-15 Style rifle, no markings
  o  1 SW Gun Box

6. On July 9, 2018, at approximately 7:32 p.m. TFO Myshrall and Det.
   Robert Tatro located a money counter on the kitchen table of ▮▮
   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Mansfield Center.  The Money Counter was
   secured by TFO Myshrall until which time the search of ▮▮▮▮▮▮
   ▮▮▮▮▮▮▮▮▮ Mansfield Center was completed.  Later that evening, the
   money counter was transported to the Willimantic Police Department by
   SA Michael Schatz.  SA Schatz and TFO Myshrall secured the money
   counter at the Police Department until July 10, 2018, when TFO
   Myshrall transported the money counter to the DEA Hartford Resident
   Office.  Once at the DEA Hartford Resident Office, the money counter
   was processed by SA Schatz and TFO Myshrall as Exhibit N-19.  Once
   Exhibit N-19 was processed, Exhibit N-19 was placed into a DEA
   Temporary Non-Drug Evidence Locker (Locker 4)pending submission to
   the DEA Non-Drug Evidence Custodian via a DEA 7a.

7. At approximately the same time, SA Jason Hanson and TFO
   Myshrall located a notepad with various numbers written within the
   notepad; on the kitchen table at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Mansfield
   Center.  TFO Myshrall secured the notepad until which time the search
   of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Mansfield Center was completed. Later
   that evening, the notepad was transported to the Willimantic Police
   Department by SA Michael Schatz.  SA Schatz and TFO Myshrall secured

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

U.S. Department of Justice
Drug Enforcement Administration

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| **REPORT OF INVESTIGATION** | ▮▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮ |
| *(Continuation)* | 3. File Title | |
| | ▮▮▮▮▮▮▮▮▮▮ | |
| 4.<br>Page  6  of  12 | | |
| 5. Program Code | 6. Date Prepared<br>07-16-2018 | |

the notebook at the Police Department until July 10, 2018, when TFO
Myshrall transported the notebook to the DEA Hartford Resident
Office. Once at the DEA Hartford Resident Office, the notebook was
processed by SA Michael Schatz and TFO Myshrall as Exhibit N-
20. Upon, processing Exhibit N-20, Exhibit N-20 was placed into a
DEA Temporary Non-Drug Evidence Locker (Locker 4) pending submission to
the DEA Non-Drug Evidence Custodian via a DEA 7a.

8. At approximately 7:33 p.m. Det. John and TFO Myshrall located a
United States Postal Service Priority Postal Box with the listed
recipient being France B. Wojtin in Carlos DELGADO's bedroom at ▮▮▮
▮▮▮▮▮▮▮▮▮▮ Mansfield Center. Later that evening,
the Postal Box was transported to the Willimantic Police Department
by SA Michael Schatz. SA Schatz and TFO Myshrall secured the postal
box at the Police Department until July 10, 2018, when TFO Myshrall
transported the postal box to the DEA Hartford Resident Office. Once
at the DEA Hartford Resident Office, the postal box was processed by
SA Michael Schatz and TFO Myshrall as Exhibit N-21. Once Exhibit N-
21 was processed, Exhibit N-21 was placed into a DEA Temporary Non-
Drug Evidence Locker (Locker 4) pending submission to the DEA Non-Drug
Evidence Custodian via a DEA 7a.

9. At approximately the same time, Det. Dean and TFO Myshrall located
several other United States Postal Service Priority Postal Boxes,
one of which listed the recipient as Ryan Pehowdy. These Postal
boxes were located in Carlos DELGADO's bedroom at ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮ Mansfield Center. TFO Myshrall secured the Postal Boxes until
which time the search of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Mansfield Center
was completed. Later that evening, the Postal Boxes were transported
to the Willimantic Police Department by SA Michael Schatz. SA Schatz
and TFO Myshrall secured the postal boxes at the Police Department
until July 10, 2018, when TFO Myshrall transported the postal
boxes to the DEA Hartford Resident Office. Once at the DEA Hartford
Resident Office, the postal boxes were processed as Exhibits N-22, N-
28 and N-29 and placed into a DEA Temporary Non-Drug Evidence Locker
(Locker 4) pending submission to the DEA Non-Drug Evidence Custodian
via a DEA 7a.

10.     At approximately 7:39 p.m. SA Hanson and TFO Myshrall located a
blackberry cellular telephone on the kitchen counter at ▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮ Mansfield Center. TFO Myshrall secured the blackberry

DEA Form    - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.                    006

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| (Continuation) | 3. File Title | |
| 4.  Page  7  of  12 | | |
| 5. Program Code | 6. Date Prepared  07-16-2018 | |

cellular telephone until which time the search of ████████
████ Mansfield Center was completed. Later that evening,
the cellular telephone was transported to the Willimantic Police
Department by SA Michael Schatz.  SA Schatz and TFO Myshrall secured
the cellular telephone at the Police Department until July 10, 2018,
when TFO Myshrall transported the cellular telephone to the DEA
Hartford Resident Office.  Once at the DEA Hartford Resident Office,
the Cellular telephone was placed into a DEA Temporary Non-Drug
Evidence Locker (Locker 6) until July 13, 2018 when SA Schatz removed
the cellular telephone so as to conduct a consent search of the
cellular telephone.  **(Agent's Note: On July 10, 2018, during the post
arrest interview of Carlos DELGADO, he signed a consent to Search
form for several of his cellular telephones to include Exhibit N-
23.  DELGADO's Consent to Search form for the cellular telephone is
listed as part of Exhibit N-8)** Once the consent to search was
completed by SA Schatz, SA Schatz returned the cellular telephone to
the DEA Temp-Non Drug Evidence locker (Locker 6).  On July 17, 2018,
SA Schatz as witnessed by TFO Myshrall removed the cellular
telephone from the Temp locker for processing.  Once the cellular
telephone was processed as Exhibit N-23, Exhibit N-23 was placed back
into the Temp. Non-Drug locker pending submission to the DEA Non-Drug
Evidence Custodian via a DEA 7a.

11.     At approximately the same time (7:39 p.m.), Det. Eric Dean and
TFO Myshrall located notepaper containing drug testing info from
Carlos DELGADO's bedroom inside ████████████████ Mansfield
Center. TFO Myshrall secured the piece of paper until which time the
search of ████████████████ Mansfield Center was completed.
Later that evening, the notepaper was transported to the
Willimantic Police Department by SA Michael Schatz.  SA Schatz and
TFO Myshrall secured the notepaper at the Police Department until
July 10, 2018, when TFO Myshrall transported the notepaper to the DEA
Hartford Resident Office.  Once at the DEA Hartford Resident Office,
the notepaper was placed into a DEA Temporary Non-Drug Evidence
Locker (Locker 4) until July 16, 2018 when SA Schatz as witnessed by
TFO Matt Kowalczyk removed the notepaper from the Temp locker for
processing.  Once the notepaper was processed as Exhibit N-
24, Exhibit N-24 was placed back into the Temp. Non-Drug locker

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| **REPORT OF INVESTIGATION** _(Continuation)_ | 1. File No. ▮▮▮▮▮▮ | 2. G-DEP Identifier |
|---|---|---|
| | 3. File Title ▮▮▮▮▮▮▮▮▮▮ | |
| 4. Page **8** of **12** | | |
| 5. Program Code | 6. Date Prepared 07-16-2018 | |

pending submission to the DEA Non-Drug Evidence Custodian via a DEA 7a.

12.    At approximately 7:43 p.m. Det. Dean and TFO Myshrall located several receipts inside DELGADO's bedroom at ▮▮▮▮▮▮▮▮ Mansfield Center. TFO Myshrall secured the receipts until which time the search of ▮▮▮▮▮▮▮▮▮, Mansfield Center was completed. Later that evening, the receipts were transported to the Willimantic Police Department by SA Michael Schatz. SA Schatz and TFO Myshrall secured the receipts at the Police Department until July 10, 2018, when TFO Myshrall transported the receipts to the DEA Hartford Resident Office. Once at the DEA Hartford Resident Office, the receipts were placed into a DEA Temporary Non-Drug Evidence Locker (Locker 4) until July 16, 2018 when SA Schatz as witnessed by TFO Matt Kowalczyk removed the receipts from the Temp locker for processing. Once the receipts were processed as Exhibit N-25, Exhibit N-25 was placed back into the Temp. Non-Drug locker pending submission to the DEA Non-Drug Evidence Custodian via a DEA 7a.

13.    At approximately 7:45 p.m. Det. Mike Suplicki and TFO Myshrall located an amount of U.S. Currency on Carlos DELGADO's bedroom dresser at ▮▮▮▮▮▮▮▮▮ Mansfield Center. TFO Myshrall secured the U.S. Currency until which time the search of ▮▮▮▮▮▮▮▮ Mansfield Center was completed. Later that evening, the U.S Currency was transported to the Willimantic Police Department by SA Michael Schatz. SA Schatz and TFO Myshrall secured the U.S. Currency at the Police Department until July 10, 2018, when TFO Myshrall transported the U.S. Currency to the DEA Hartford Resident Office. Once at the DEA Hartford Resident Office, the U.S. Currency was placed transferred to the DEA Hartford Resident Office High Value Seized and Recovered monies custodian. On July 11, 2018, SA Schatz and TFO Myshrall received the U.S. Currency from the DEA HRO High Value Seized and recovered monies custodian and processed it as Exhibit N-5. SA Schatz and TFO Myshrall subsequently transported Exhibit N-5 to DUNBAR for an official count and subsequent transfer to the USMS via a DEA 48a. Upon returning from DUNBAR, photos of Exhibit N-5 were processed as Exhibit N-5a and the DEA SSEE bag which contained Exhibit N-5 was added to the SSEE Bag which contained Exhibit N-4b as the U.S. Currency which was seized from DELGADO's

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

USACT000287

U.S. Department of Justice
Drug Enforcement Administration

**REPORT OF INVESTIGATION**

*(Continuation)*

| | |
|---|---|
| 1. File No. | 2. G-DEP Identifier |
| 3. File Title | |

4.
Page  9  of  12

5. Program Code

6. Date Prepared
07-16-2018

Cadillac (Exhibit N-4) was aggregated with Exhibit N-5. Once the photos of Exhibit N-5 were processed as Exhibit N-5a and the SSEE evidence bag which contained the SSEE bags for Exhibit N-4 and Exhibit N-5 were processed as Exhibit N-6b, Exhibits N-5a and Exhibits N-4b were placed back into the Temp. Non-Drug locker pending submission to the DEA Non-Drug Evidence Custodian via a DEA 7a.

14.      At approximately 7:53 p.m. TFO Myshrall and Det. Suplicki located misc. pieces of paper in the living room television stands drawer at ▮▮▮▮▮▮▮▮▮▮ Mansfield Center. TFO Myshrall secured the misc. pieces of paper until which time the search of ▮ ▮▮▮▮▮▮▮ Mansfield Center was completed. Later that evening, the Misc. Pieces of Paper were transported to the Willimantic Police Department by SA Michael Schatz. SA Schatz and TFO Myshrall secured the misc. pieces of paper at the Police Department until July 10, 2018, when TFO Myshrall transported the pieces of paper to the DEA Hartford Resident Office. Once at the DEA Hartford Resident Office, the pieces of paper was placed into a DEA Temporary Non-Drug Evidence Locker (Locker 4) until July 16, 2018 when SA Schatz as witnessed by TFO Matt Kowalczyk removed the pieces of paper from the Temp locker for processing. Once the pieces of paper were processed as Exhibit N-26, Exhibit N-26 was placed back into the Temp. Non-Drug Evidence locker pending submission to the DEA Non-Drug Evidence Custodian via a DEA 7a.

15.      At approximately 8:12 p.m. TFO Myshrall and Det. Suplicki located a Blue Smith and Wesson gun box in the basement ceiling of ▮ ▮▮▮▮▮▮▮▮▮ Mansfield Center. TFO Myshrall secured the blue Smith and Wesson gun box until which time the search of ▮ ▮▮▮▮▮▮▮ Mansfield Center was completed. Later that evening, the Blue Smith and Wesson gun box were transported to the Willimantic Police Department by SA Michael Schatz. SA Schatz and TFO Myshrall secured the Smith and Wesson gun box at the Police Department until July 10, 2018, when TFO Myshrall transported the Smith and Wesson gun box to the DEA Hartford Resident Office. Once at the DEA Hartford Resident Office, the smith and Wesson gun box was placed into a DEA Temporary Non-Drug Evidence Locker (Locker 3) until which time SA Schatz turned over possession of the firearms and ammunition to SA's Dan Prather and Griffen Farley of the Bureau of Alcohol, Tobacco, Firearms and

DEA Form   - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

009

USACT000288

U.S. Department of Justice
Drug Enforcement Administration

| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No. ▮▮▮▮ | 2. G-DEP Identifier ▮▮▮ |
|---|---|---|
| | 3. File Title ▮▮▮▮ | |
| 4. Page  10  of  12 | | |
| 5. Program Code | 6. Date Prepared  07-16-2018 | |

Explosives.  **(Agent's Note: For more information pertaining to the firearms and ammunition seized from** ▮▮▮▮ **Mansfield Center, see the DEA 6 Authored by SA Michael Schatz relating to the transfer of Firearms and ammunition to ATF.)**

16.    At approximately 8:15 p.m. SA Schatz and TFO Myshrall located DELGADO's passport and Misc. pieces of paper on DELGADO's bedroom dresser.  TFO Myshrall secured the passport and the Misc. pieces of paper until which time the search of ▮▮▮▮ Mansfield Center was completed. Later that evening, the passport and Misc. Pieces of Paper were transported to the Willimantic Police Department by SA Michael Schatz.  SA Schatz and TFO Myshrall secured the passport and Misc. pieces of paper at the Police Department until July 10, 2018, when TFO Myshrall transported the Passport and Misc. pieces of paper to the DEA Hartford Resident Office.  Once at the DEA Hartford Resident Office, the Passport and Misc. pieces of paper were placed into a DEA Temporary Non-Drug Evidence Locker (Locker 4) pending processing.  On July 16, 2018 SA Schatz as witnessed by TFO Matt Kowalczyk removed the passport and misc. piece of paper from the HRO Non-Drug evidence locker.  Upon removing the passport and Misc. Pieces of paper, SA Schatz separated the passport and the Misc. paperwork in anticipation of turning DELGADO's passport over to his attorney. After removing the passport from the Exhibit SA Schatz as witnessed by TFO Matt Kowalczyk processed the Paperwork as Exhibit N-27.  Once Exhibit N-27 was processed SA Schatz as witnessed by TFO Kowalczyk replaced the passport and the pieces of paper back into a DEA Temporary Non-Drug Evidence Locker pending the return of the Passport to DELGADO's Attorney and the submission of the pieces of Paper to the HRO Non-Drug evidence custodian for safe keeping via a DEA 7a.

17.    On that same date, TFO Myshrall located and seized several (4) cellular telephones from ▮▮▮▮ Mansfield, Center.  TFO Myshrall secured the cellular telephones until the search of ▮▮▮▮, Mansfield Center was completed.  Later that evening SA Schatz transported the cellular telephones to the Willimantic Police Department where they were secured by SA Michael Schatz and TFO Eric Myshrall. July 10, 2018, TFO Myshrall transported the cellular telephones to the DEA Hartford Resident Office.  Once at the DEA Hartford Resident Office,

DEA Form    - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| | 1. File No. ▓▓▓▓▓▓ | 2. G-DEP Identifier ▓▓▓▓ |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 3. File Title ▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| 4. Page 11 of 12 | | |
| 5. Program Code | 6. Date Prepared 07-16-2018 | |

the telephones were placed into a DEA Temporary Non-Drug Evidence
Locker pending processing. On July 13, 2018 SA Schatz removed the
cellular telephones from the Temp. Storage unit so as to execute a
consent search on the cellular telephones. **(Agent's Note: On July 10,
2018, after DELGADO's arrest he signed Consent to Search forms for
his cellular telephones. The Consent to Search Forms was subsequently
processed as part of Exhibit N-8)** Upon conducting the Consent to
Search of DELGADO's cellular telephones, the cellular telephones were
returned to the Temp Storage locker until the cellular telephones
were removed by SA Schatz and TFO Myshrall on July 17, 2018 for
processing. Once the cellular telephones were processed as Exhibit
N-30 they were placed back into Locker 6 pending final submission to
the DEA HRO Non-Drug Evidence Custodian via a DEA 7a.

18.    On that same date, TFO Myshrall seized an H-P Laptop from the
bed in Carlos DELGADO's bedroom at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Mansfield
Center. TFO Myshrall secured the H-P Laptop until the search of ▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓ Mansfield Center was completed. SA Schatz then
transported the laptop to the Willimantic Police Department. SA
Schatz and TFO Myshrall secured the laptop at the Willimantic Police
Department. On July 10, 2018, TFO Myshrall transported the laptop to
the DEA Hartford Resident Office. Once at the DEA Hartford Resident
Office, the Passport and Misc. pieces of paper were placed into a DEA
Temporary Non-Drug Evidence Locker pending processing. On July 13,
2018 SA Schatz removed the laptop and the cellular telephones (N-
30) from the Temp. Storage unit so as to execute a consent search on
the cellular telephones. **(Agent's Note: On July 10, 2018, after
DELGADO's arrest he signed Consent to Search forms for his cellular
telephones. The Consent to Search Forms was subsequently processed as
part of Exhibit N-8)** Upon conducting the Consent to Search of
DELGADO's cellular telephones, the cellular telephones and the laptop
were returned to the Temp Storage locker until the cellular
telephones and the laptop were removed by SA Schatz and TFO Myshrall
on July 17, 2018 for processing. Once the cellular telephones and
laptop were processed as Exhibit N-30, and N-31 respectively they
were placed back into Locker pending final submission to the DEA HRO
Non-Drug Evidence Custodian via a DEA 7a.

19.    As law enforcement was getting ready to exit from ▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓ Mansfield Center, SA Michael Schatz as witnessed by TFO

DEA Form    - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

USACT000290

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| *(Continuation)* | 3. File Title | |
| 4.<br>Page  12  of  12 | | |
| 5. Program Code | 6. Date Prepared<br>07-16-2018 | |

Eric Myshrall located and seized a Spectrum Bill which was tacked to the kitchen wall at ████████████████. The Spectrun Bill listed the name of Luis TORRES, ████████████, Mansfield, CT.  SA Michael Schatz transported the Bill to the Willimantic Police Department.  SA Schatz and TFO Myshrall secured the bill at the Willimantic Police Department. On July 10, 2018, TFO Myshrall transported the laptop to the DEA Hartford Resident Office.  Once at the DEA Hartford Resident Office, the Passport and Misc. pieces of paper were placed into a DEA Temporary Non-Drug Evidence Locker pending processing. On July 17, 2018, SA Michael Schatz and TFO Eric Myshrall processed the Spectrum bill as Exhibit N-35.  Exhibit N-35 was subsequently submitted to the HRO Non-Drug Evidence Custodian via a DEA 7a.

**INDEXING**

Carlos DELGADO ████████████████████████████

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.                    012