Government Sentencing Exhibit E

# Activity in Case 3:18-cr-00165-JCH USA v. Delgado et al Notice of Hearing

CMECF@ctd.uscourts.gov

Tue 11/20/2018 3:48 PM

To:CMECF@ctd.uscourts.gov <CMECF@ctd.uscourts.gov>;

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Connecticut

## Notice of Electronic Filing

The following transaction was entered by Freismuth, Natasha on 11/20/2018 at 3:47 PM EST and filed on 11/20/2018

**Case Name:** USA v. Delgado et al
**Case Number:** 3:18-cr-00165-JCH
**Filer:**
**Document Number:** 48

Yo! what's this?? are you taking a plea deal in exchange for your testimony against me??

**Docket Text:**
**NOTICE OF HEARING as to Juan Torres-Fernandez ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION.**

I hope this not what I'm thinking??

**Change of Plea Hearing set for 11/29/2018 11:30 AM before Judge Janet C. Hall (Freismuth, Natasha)**

Is this why you haven't moved done here??

3:18-cr-00165-JCH-2 Notice has been electronically mailed to:

Gerald M. Klein geraldmklein@hotmail.com

Leonard C. Boyle leonard.boyle@usdoj.gov, michele.czarnecki@usdoj.gov

Natasha Freismuth Natasha.freismuth@usdoj.gov, andrea.leone@usdoj.gov, diane.light@usdoj.gov, elizabeth.calkins@usdoj.gov

William H. Paetzold whpaetzold@mpslawfirm.com

what's the Jeremy's shop address [redacted] Rd or St Columbia CT zip

Hey! Boo Boo,

Whats up! With you moving down to B-Pod ?? With regards to my case, nothing thus far. I'm considering getting rid of the lawyer I have now, because he's as dumb as a bag of rocks and retaining a different one! I'm drafting a letter directly to the judge highlighting all the foul shit the Gov has been doing. The attorney, after requests has not shown me the warrants! I've been asking !

Boo! what's good ?? Are you moving down here? There's been quite of few people moving down here! Or is there a reason why you don't wanna move down here.... ? hmm. There's several cell open now after those "moreno's" jumped that one dude. Anyhow, when's your lawyer coming up to see you ?? Has he com up? if not when is he? Oh! what's Julito's girlfiend name (la blanca) from Coventry? Listen, when you talk to your lawy. ask him if he could represent me too? This lawyer is giving me the run around!