**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL CASE NO. |
| | : | 3:18cr165 (JCH) |
| v. | : | |
| | : | |
| CARLOS DELGADO | : | JULY 9, 2025 |
| Defendant. | : | |

**ORDER RE: DEFENDANT'S MOTION TO PRODUCE JUDICIAL RECORDS INTRODUCED AT DEFENDANT'S TRIAL (DOC. NO. 484)**

Mr. Delgado has filed, as he recognizes, "yet another motion" seeking discovery material generally related to $25,000 in currency introduced as evidence in a jury trial held in January 2020. Motion to Produce Judicial Records Introduced at Defendant's Trial, ("Motion") (Doc. No. 484). On January 21 and January 22, 2020, the jury returned a verdict against Mr. Delgado finding him guilty of three counts: (i) conspiracy to distribute and to possess with intent to distribute 5 kilograms or more of cocaine; (ii) possession with intent to distribute 1 kilogram or more of heroin; and (iii) knowingly possessing a firearm having been previously convicted of a crime. See Verdict Forms, (Doc. Nos. 288, 294). Judgment entered on December 29, 2020, and Mr. Delgado was sentenced to serve a 25-year term of imprisonment followed by 5 years of supervised release. See Judgment (Doc. No. 388). On December 23, 2020, Mr. Delgado filed an appeal with the Second Circuit Court of Appeals, and on February 11, 2022, a Mandate issued affirming the judgment of the district court. See Notice of Appeal (Doc. No. 391); Mandate (Doc. No. 415).

Mr. Delgado filed a Petition for Writ of Certiorari with the U.S. Supreme Court which was denied on June 6, 2022. Motion at 2. Since then, Mr. Delgado has filed

1

Motions quite similar to the instant one: see Motion for Post-Trial Discovery (Doc. No. 455); Motion for Production of Judicial Records (Doc. No. 469).  On May 21, 2024, an Order was entered denying Motion for Production of Judicial Records (Doc. No. 475).  On June 7, 2024, the court entered an Order denying Motion for Post-Trial Discovery (Doc. No. 477).

Mr. Delgado states in his current Motion that he did not receive a ruling on his Motion of April 26, 2024 (the court presumes he refers to Motion for Production of Judicial Records, Doc. No. 469).  The court did rule on that Motion in its Order entered on May 21, 2024.  Order (Doc. No. 475).  However, in reviewing the docket entries, there is no staff note indicating that a paper copy of that Order was mailed to Mr. Delgado, a pro se inmate.  The court entered a subsequent Order referring to Doc. No. 475 with further information and directives.  Order (Doc. No. 477).  The docket indicates that this Order, Doc. No. 477, was indeed mailed to Mr. Delgado at his address of record within the Bureau of Prisons.  The Clerk's Office is directed to send copies of both Orders (Doc. Nos. 475 & 477) to Mr. Delgado for his records.

Mr. Delgado argues he has a right to access government records related to his prosecution.  Putting aside whether he could have been entitled to further discovery related to the investigation, the criminal case is not and could not be the vehicle to obtain them.  This case is closed and no petition for habeas corpus was timely filed (it would have a separate action).  Any other post-conviction relief would, if available, be outside of this case.

The Motion to Produce Judicial Records Introduced at Defendant's Trial (Doc. No. 484) is denied.

**SO ORDERED.**

Dated at New Haven, Connecticut, this 9th day of July 2025.

<u>/s/ Janet C. Hall</u>
Janet C. Hall
United States District Judge